

# NUMBER 13-13-00361-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

| | |
|---|---|
| MARYNELL MALONEY,<br>DEBBIE SUAREZ, AND<br>MARYNELL MALONEY<br>LAW FIRM, P.L.L.C., | **Appellants,** |

**v.**

| | |
|---|---|
| ALEXANDER M. BEGUM AND<br>BEGUM LAW GROUP, L.L.C., | **Appellees.** |

### On appeal from the 444th District Court
### of Cameron County, Texas.

# ORDER OF ABATEMENT

**Before Chief Justice Valdez and Justices Benavides and Longoria**
**Order Per Curiam**

The parties have filed a joint motion to abate this appeal for thirty days on the basis

that they have reached a settlement in this case but require time to effectuate the

agreement. The Court, having examined and fully considered the motion to abate the appeal, is of the opinion that it should be granted. Accordingly, we GRANT the joint motion, ABATE the appeal, and permit proceedings in the trial court to effectuate the parties' agreement. *See* TEX. R. APP. P. 42.1(a)(2)(C). The appeal shall be abated until such time as the parties file a motion to reinstate and dismiss the appeal. Such motion should be filed no later than March 12, 2014. If the agreement is not finalized by that date, the parties shall file a report advising this Court on the status of the proceedings in the trial court.

PER CURIAM

Delivered and filed the
10th day of February, 2014.